| | | |
|---|---|---|
| BERNARD LEE STEBBING, | * | IN THE |
| Appellant | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| STATE OF MARYLAND, | * | September Term, 2015 |
| Appellee | * | No. 63 |

## ORDER

The Court having considered the Joint Request to Remand filed in the above entitled case, it is this 17th day of August, 2016,

ORDERED, by the Court of Appeals of Maryland, that the Joint Request to Remand be, and it is hereby, GRANTED; and,

the judgment of the Circuit Court for Wicomico County is REVERSED; and,

the matter is REMANDED for a hearing and further proceedings; and,

it is ORDERED that Appellant be granted leave to amend his petition below.

/s/ Clayton Greene, Jr.
Senior Judge